# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAM MCFARLAND,<br><br>                    Plaintiff,<br><br>    v.<br><br>CHARLES DANIELS, et al.,<br><br>                    Defendants. | 3:21-cv-00294-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 12 |

Before the court is Defendant's Motion to Stay Deadlines for 90 Days (ECF No. 12). Defendant requests the court stay all deadlines for a period of 90 days so the parties can "work to secure global settlement prior to the Plaintiff incurring a filing fee in this matter." (*Id.* at 2.)

The court believes a stay of 45-days should be sufficient to settle this case if the parties intend to do so.  Therefore,

**IT IS HEREBY ORDERED** that Defendant's Motion to Stay Deadlines for 90 Days (ECF No. 12) is **GRANTED** to the extent this matter is stayed for a period of 45-days, up to and including **Friday, May 27, 2022**.

DATED: April 11, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1