# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SAM McFARLAND,

                Plaintiff,

  v.

CHARLES DANIELS, et al.,

                Defendants.

3:21-cv-00294-MMD-CSD

**ORDER**

Re:  ECF No. 25

      Before the court is Plaintiff's Request for Time Extension to Serve Complaint (ECF No. 25). Plaintiff requests an additional ninety (90) days to serve Defendant Dr. Gregory Bryan.

      According to the court's docket, the Attorney General's Office did not accept service of process on behalf of Defendant Dr. Gregory Bryan, who is a former employee of the Nevada Department of Corrections. (ECF No. 17.)  Through a search of public records, the court has identified Dr. Gregory Bryan's possible physical address as follows:

      Gregory K. Bryan, M.D.
      112 South Jones Blvd.
      Las Vegas, Nevada 89107

      **IT IS HEREBY ORDERED** that the Clerk shall issue a summons for **Dr. Gregory Bryan** and send the same to the U.S. Marshal with the address listed above.  The Clerk shall also send one (1) copy of the court's Screening Order (ECF No. 3), one (1) copy of the Complaint (ECF No. 4), and one (1) copy of this Order to the U.S. Marshal for service on the Defendant.  The court will separately provide to the U.S. Marshal a completed USM-285 form for the Defendant.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **Friday, December 16, 2022**, in which to complete service of process as to Defendant Dr. Gregory Bryan. **There shall be no further extensions granting barring unforeseen and extenuating circumstances.**

DATED: October 12, 2022.

_____
UNITED STATES MAGISTRATE JUDGE