# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAM MCFARLAND,<br><br>                              Plaintiff,<br>v.<br>CHARLES DANIELS, et al.,<br><br>                              Defendants. | 3:21-cv-00294-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 33 |

Before the court is Plaintiff's Motion for Extension of Time (ECF No. 33).  Plaintiff requests an extension to January 30, 2023, to serve Defendant Gregory Bryan and requests the U.S. Marshal Service make another attempt to serve the Defendant at an address Plaintiff found through an online search.

On August 5, 2022, the USM-285 form was returned unexecuted by the U.S. Marshal Service as Defendant Gregory Bryan apparently no longer resided at the address provided by the Attorney General's Office (under seal). (ECF No. 22.)

On September 12, 2022, the court issued its notice regarding intention to dismiss pursuant to Rule 4(m) which advised Plaintiff that the deadline to file proof of service as to Defendant Bryan was October 12, 2022, and failure to file proof of service would result in dismissal without prejudice as to this Defendant. (ECF No. 23.)

On October 7, 2022, Plaintiff filed a motion for extension of time to complete service as to Defendant Bryan. (ECF No. 25.)  The court granted Plaintiff's motion and ordered the U.S. Marshal

1

Service to reserve Defendant Bryan at an address online. (ECF No. 26.)  Further, the court gave Plaintiff until Friday, December 16, 2022, to complete service of process and advised Plaintiff that there would be no further extensions granted barring unforeseen and extenuating circumstances.  (*Id.*)

Plaintiff now requests the court make another attempt to serve Defendant Gregory Bryan at 10013 Sienna Peak Court, Las Vegas, Nevada 89144, an address Plaintiff found online.  According to the court's docket, the U.S. Marshal Service attempted to serve Defendant Bryan at this address on August 5, 2022, and the summons was returned unexecuted with the notation "No longer reside to (sic) the address provided." (ECF No. 22 at 3.)

Based on the above, Plaintiff's Motion for Extension of Time (ECF No. 33) is **DENIED**.

**IT IS SO ORDERED.**

DATED:  December 19, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

2