1

2

3                        UNITED STATES DISTRICT COURT

4                            DISTRICT OF NEVADA

5                                   * * *

6    SAM MCFARLAND,                        | Case No. 3:21-cv-00294-MMD-CSD

7                         Plaintiff,       |            ORDER

8         v.

9    GREGORY BRYAN,

10                        Defendant.

11

12        This matter is referred to the Court for the limited purpose of determining whether

13   *in forma pauperis* status should continue on appeal. (ECF No. 42.) The Court certifies

14   that Plaintiff's appeal from its order of dismissal (ECF Nos. 35, 38) is not frivolous and

15   his *in forma pauperis* should continue on appeal.

16        DATED THIS 12th Day of January 2023.

17

18        _____

19        MIRANDA M. DU
          CHIEF UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28