# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAM MCFARLAND,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CHARLES DANIELS, *et al.*,<br><br>　　　　　　　　　Defendants. | 3:21-cv-00294-MMD-CSD<br><br>**ORDER** |

　　　Pursuant to Chief Judge Du's order referring the matter of service for Defendant Gregory Bryan (ECF No. 49), it appears that Defendant Bryan is a named Defendant in a lawsuit (*Lawrence v. Minev, et al.,* 2:22-cv-01782-APG-EJY) for whom the Office of the Attorney General accepted service on September 11, 2023.

　　　Based on the above, **IT IS HEREBY ORDERED** that the Office of the Attorney General shall **within fourteen (14) days** from the date of this order advise if the Office can accept service for Defendant Gregory Bryan.

　　　DATED: July 16, 2024.



　　　　　　　　　　　　　　　　　　Craig S. Denney
　　　　　　　　　　　　　　　　　　United States Magistrate Judge