**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SAM MCFARLAND,

               Plaintiff,

  v.

CHARLES DANIELS, *et al.*,

            Defendants.

3:21-cv-00294-MMD-CSD

**ORDER RE: SERVICE OF PROCESS**

       Pursuant to the court's hearing held on August 9, 2024 (ECF No. 54), the Office of the Attorney General advised that it is unable to accept service of process on behalf of Defendant Gregory Bryan. (ECF No. 55.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 56.)

       The Clerk shall ISSUE a summons for **Gregory Bryan** and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 56.) The Clerk shall also SEND sufficient copies of the Complaint, (ECF No. 4), the screening order, (ECF No. 3), and this order to the U.S. Marshal for service on Defendant Bryan. The court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

       DATED:  August 20, 2024.



_____
Craig S. Denney
United States Magistrate Judge