AARON D. FORD
 Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3786 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAM MCFARLAND, | Case No. 3:21-cv-00294-MMD-CSD |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |
| CHARLES DANIELS, *et al.*, | |
| Defendants. | |

Plaintiff, Sam McFarland, pro se, and Defendant, Gregory Bryan, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone, Jr., Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate and order that the above-captioned action is dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 30th day of September, 2024.

By: [signature]
SAM MCFARLAND #1197462
Plaintiff, Pro Se

DATED this 30th day of September, 2024.

AARON D. FORD
Attorney General

By: */s/ Samuel L. Pezone Jr.*
SAMUEL L. PEZONE JR. (Bar No. 15978)
Deputy Attorney General

IT IS SO ORDERED.

[signature]

DATED: This 18th day of October, 2024.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE